IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TREVIS TYRELL SISTRUNK, | * |
| Petitioner, | * |
| v. | Case No. 4:23-cv-00149-CDL-MSH |
| | * |
| Sheriff GREGORY COUNTRYMAN, | |
| | * |
| Respondent. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated June 11, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of June, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk